**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRONT SIGHT MANAGEMENT, LLC )<br>dba. Front Sight Firearms Training Institute, )<br>        )<br>      Plaintiff   )<br>vs.        )<br>        )<br>        )<br>State of Nevada    )<br>        )<br>      Defendant,  )<br>_____ ) | CASE NO: 2:20-CV-01921-RFB-EJY |

## STIPULATION AND ORDER TO EXTEND THE TIME TO FILE  PLAINTIFF'S

## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff FRONT

SIGHT MANAGEMENT, LLC by and through its attorney LESLIE MARK STOVALL, ESQ.

and defendant, STATE OF NEVADA, by and through its attorney CRAIG A. NEWBY, ESQ.

that plaintiff's opposition to defendant's motion to dismiss will be due in December 9, 2020.

1   *CASE NO: 2:20-CV-01921-RFB-EJY*
    *Front Sight v. State of Nevada*
2   *Stipulation and Order*

3

4   DATED this __11__ day of November, 2020.          DATED this 10th day of November, 2020.

5   STOVALL & ASSOCIATES                               OFFICE OF THE ATTORNEY GENERAL

6
                                                       */s/ Craig A. Newby*
7   _____                  _____

8   LESLIE MARK STOVALL, ESQ.                          CRAIG A. NEWBY, ESQ.
    Nevada Bar No. 2566                                Nevada Bar No. 8591
9   2301 Palomino Lane                                 555 E. Washington Ave., Ste. 3900
    Las Vegas, NV 89107                                Las Vegas, Nevada 89101
10  Telephone: (702) 258-3034                          Telephone: 702-4863420
    Attorney for Plaintiff                             Attorney for Defendant
11

12
                                    **ORDER**
13

14      **IT IS HEREBY ORDERED**  that the plaintiff's opposition to defendant's motion to

15  dismiss will be due in December 9, 2020.

16      DATED this __12th__ day of November, 2020.

17

18
                                   _____
19                                 THE HONORABLE RICHARD F. BOULWARE, II
                                   UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

## Maria Hernandez

| | |
|---|---|
| **From:** | Craig A. Newby <CNewby@ag.nv.gov> on behalf of Craig A. Newby |
| **Sent:** | Tuesday, November 10, 2020 10:33 AM |
| **To:** | Maria Hernandez |
| **Cc:** | Sabrena K. Clinton |
| **Subject:** | RE: Case No. 2:20-cv-01921 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You are authorized to add my e-signature to the stipulation for purposes of filing in federal court.

**Craig A. Newby, Esq.**
Deputy Solicitor General
Office of the Attorney General
Phone: (702) 513-3374 (cell)

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Monday, November 9, 2020 3:03 PM
**To:** Craig A. Newby <CNewby@ag.nv.gov>
**Cc:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Case No. 2:20-cv-01921

Hi Mr. Newby,

Enclosed please find the proposed stipulation and order for your review and signature if agreeable to you.

Thank you

*Maria Hernandez*



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO