AARON D. FORD
Attorney General
Craig A. Newby (Bar No. 8591)
Deputy Solicitor General
Sabrena K. Clinton (Bar No. 6499)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for Defendant State of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FRONT SIGHT MANAGEMENT, LLC dba Front Sight Firearms training Institute,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>Defendant. | Case No. 2:20-cv-01921-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR ABSTENTION AND MOTION FOR REMAND** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff FRONT SIGHT MANAGEMENT, LLC by and through its counsel LESLIE MARK STOVALL, ESQ. and Defendant, STATE OF NEVADA, by and through its counsel CRAIG A. NEWBY, ESQ. that Defendant will have to and including December 14, 2020 to file its

. . .

. . .

. . .

*Stipulation and Order to Extend Time to Respond to Motion for Abstention and Motion for Remand,  Case No. 2:20-cv-01921-RFB-EJY*

Page **1** of **2**

responses to Plaintiff's motion for abstention (ECF Nos. 9 and 17) and motion for remand (ECF No. 10) and Plaintiff will have to and including December 21, 2020 to file its replies.

DATED this 20th day of November, 2020.   DATED this 20th day of November, 2020.

STOVALL & ASSOCIATES   AARON D. FORD
  Attorney General

By: */s/ Leslie Mark Stovall*   By: */s/ Craig A. Newby*
Leslie Mark Stovall (Bar No. 2566)   Craig A. Newby (Bar No. 8591)
2301 Palomino Lane   Deputy Solicitor General
Las Vegas NV 89107   Sabrena K. Clinton (Bar No. 6499)
Telephone (702) 258-3034   Deputy Attorney General
*Attorney for Plaintiff*   *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**.

DATED this __20th__ day of November, 2020.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

*Stipulation and Order to Extend Time to Respond to Motion for Abstention and Motion for Remand,  Case No. 2:20-cv-01921-RFB-EJY*

Page **2** of **2**