```
SAO
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
```
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRONT SIGHT MANAGEMENT, LLC dba. Front Sight Firearms Training Institute,<br><br>             Plaintiff<br>vs.<br><br>State of Nevada<br><br>             Defendant, | CASE NO: 2:20-CV-01921-RFB-EJY |

## STIPULATION AND ORDER TO STAY DISCOVERY

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff FRONT SIGHT MANAGEMENT, LLC by and through its attorney LESLIE MARK STOVALL, ESQ. and defendant, STATE OF NEVADA, by and through its attorney CRAIG A. NEWBY, ESQ. that the parties will stay this action and the process of discovery pending resolution of the Defendant's motion to dismiss, the plaintiff's motion for abstention and the plaintiff's motion to remand. Further, the parties agree to submit a revised discovery plan and proposed scheduling order within 30 days after entry of a decision on the various Motion identified above in the event this matter is not resolved.

```
1
2   CASE NO: 2:20-CV-01921-RFB-EJY
    Front Sight v. State of Nevada
3   Stipulation and Order
4
5   DATED this ___ day of November, 2020.        DATED this 16th day of November, 2020.

6   STOVALL & ASSOCIATES                          OFFICE OF THE ATTORNEY GENERAL

7                                                 /s/ Craig A. Newby
8   _____                _____
    LESLIE MARK STOVALL, ESQ.                     CRAIG A. NEWBY, ESQ.
9   Nevada Bar No. 2566                           Nevada Bar No. 8591
    2301 Palomino Lane                            555 E. Washington Ave., Ste. 3900
10  Las Vegas, NV 89107                           Las Vegas, Nevada 89101
    Telephone: (702) 258-3034                     Telephone: 702-4863420
11  Attorney for Plaintiff                        Attorney for Defendant
12
```

### ORDER

**IT HEREBY ORDERED** that any further discovery should be stayed pending resolution of the defendant's motion to dismiss, the plaintiff's motion for abstention and the plaintiff's motion to remand.

**IT IS FURTHER ORDERED** that the parties shall submit a discovery plan and proposed scheduling order within 30 days after entry of a decision on the defendant's motion to dismiss, the plaintiff's motion for abstention and the plaintiff's motion to remand in the event this matter is not resolved in its entirety.

DATED this 29th day of November, 2020.

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# Maria Hernandez

| | |
|---|---|
| **From:** | Sabrena K. Clinton <SClinton@ag.nv.gov> on behalf of Sabrena K. Clinton |
| **Sent:** | Thursday, November 12, 2020 5:55 PM |
| **To:** | Maria Hernandez; Craig A. Newby |
| **Cc:** | Les Stovall |
| **Subject:** | RE: Case No. 2:20-cv-01921 |
| **Attachments:** | 2020.11.11 Joint Status Report-revised.doc; 2020.11.11 Joint Status Report-merged.doc |

Hello Ms. Hernandez:

You are authorized to add the e-signature for Craig to the stipulation and order as proposed. Please see the attached corrections to the proposed joint status report (both a redline and merged copy are attached). If Mr. Stovall is agreeable to those changes, then please add Craig's e-signature to the revised report and file both. Thank you for your assistance.

Regards,


Sabrena K. Clinton
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-5708

**CONFIDENTIALITY NOTICE**

This communication and any attachments are intended only for the addressee(s) and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. I do not waive any privileges or the confidentiality of its content as a result of you having received this communication in error. If you receive this communication in error, please notify me immediately and destroy this document and all attachments.



**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, November 12, 2020 11:12 AM
**To:** Craig A. Newby <CNewby@ag.nv.gov>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Cc:** Les Stovall <les@lesstovall.com>
**Subject:** RE: Case No. 2:20-cv-01921

Good Morning,

Enclosed please find the proposed joint status report and the proposed stipulation to stay discovery for your review and signature if agreeable to you. Please noted, Mr. Stovall is filing the motion for abstention and the motion to remand no later than tomorrow.

Thank you

1