1 **SAO**
LESLIE MARK STOVALL, ESQ.
2 Nevada Bar No. 2566
3 STOVALL & ASSOCIATES
2301 Palomino Lane
4 Las Vegas, NV 89107
(702) 258-3034
5 (702) 258-0093 Facsimile
6 Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*
7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

11 FRONT SIGHT MANAGEMENT, LLC            )
dba. Front Sight Firearms Training Institute, )
12                                          )
                    Plaintiff              )   CASE NO: 2:20-CV-01921-RFB-EJY
13 vs.                                       )
                                            )
14                                          )
                                            )
15 State of Nevada                           )
                                            )
16                  Defendant,              )
                                            )
17 _____)

18 **STIPULATION AND ORDER TO EXTEND THE TIME FOR RESPONSES AND**

19 **REPLIES ON SEVERAL OUTSTANDING MOTIONS**

20 IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff FRONT

21 SIGHT MANAGEMENT, LLC., by and through its attorney LESLIE MARK STOVALL, ESQ.
22
23 and defendant, STATE OF NEVADA, by and through its attorney CRAIG A. NEWBY, ESQ.

24 and hereby stipulate to the following:

25   1. Plaintiff's Response to Defendant's Motion to Dismiss [ECF 7] to be due on January 15,
26
       2021 and Defendant will have to and including January 22, 2021 to file its replies.
27
28

2. Defendant's Responses to Plaintiff's Motion for Abstention [ECF No. 9 and 17] and Motion for Remand [ECF No. 10] to be due on January 22, 2021 and Plaintiff's will have to and including January 29, 2021 to file its replies.

DATED this 9 day of December, 2020.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
*Attorney for Plaintiff*

DATED this 8th day of December, 2020.

OFFICE OF THE ATTORNEY GENERAL

/s/ Craig A. Newby

_____
CRAIG A. NEWBY, ESQ.
Nevada Bar No. 8591
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: 702-4863420
*Attorney for Defendant*

## ORDER

**IT IS HEREBY ORDERED**

DATED this 15th day of December, 2020.

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# Maria Hernandez

| | |
|---|---|
| **From:** | Craig A. Newby <CNewby@ag.nv.gov> on behalf of Craig A. Newby |
| **Sent:** | Wednesday, December 9, 2020 12:46 PM |
| **To:** | Maria Hernandez; Sabrena K. Clinton |
| **Subject:** | Re: Front Sight v. State of Nevada- Stipulation and Order |

This works for me.  Please add my e-signature for purposes of filing.

Happy holidays!

Craig

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Wednesday, December 9, 2020 12:41 PM
**To:** Craig A. Newby <CNewby@ag.nv.gov>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Afternoon Mr. Newby,

Enclosed please find the proposed stipulation and order for your review and signature if agreeable to you.

Thank you

*Maria Hernandez*



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

---

**From:** Craig A. Newby <CNewby@ag.nv.gov>
**Sent:** Wednesday, December 9, 2020 10:15 AM
**To:** Maria Hernandez <maria@lesstovall.com>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** Re: Front Sight v. State of Nevada- Stipulation and Order

Hello Maria:

1

Of course. To avoid having to address replies during his quarantine, I would suggest that we also extend the response date for Front Sight's pending motions as well.

Thank you and happy holidays,

Craig

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Wednesday, December 9, 2020 10:06 AM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Cc:** Craig A. Newby <CNewby@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Morning Ms. Clinton,

Our office is respectfully requesting a 30 day extension of time for plaintiff to file its opposition to defendant's motion to dismiss. Mr. Stovall is in quarantine, he is over the age of 65 years old and with the holidays time is limited. Please advise if agreeable to you, if so I will send a stipulation for your signature. I am looking forward to hearing from you.

I greatly appreciate your courtesy and understanding during this difficult times.

Sincerely,





maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

---

**From:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Sent:** Friday, November 20, 2020 2:02 PM
**To:** Maria Hernandez <maria@lesstovall.com>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Thank you. Same to you.

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Friday, November 20, 2020 12:20 PM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

No problem,

Have a nice weekend.



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Sent:** Friday, November 20, 2020 11:52 AM
**To:** Maria Hernandez <maria@lesstovall.com>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Thank you.  I must have missed this.

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Friday, November 20, 2020 11:45 AM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** FW: Front Sight v. State of Nevada- Stipulation and Order

Please see email below.



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107

P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, November 19, 2020 10:06 AM
**To:** 'Sabrena K. Clinton' <SClinton@ag.nv.gov>
**Cc:** 'Craig A. Newby' <CNewby@ag.nv.gov>; Les Stovall <les@lesstovall.com>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Morning Ms. Clinton,

Mr. Stovall has no objection. He authorizes you to a-fix his electronic signature.

Thank you so much.



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Sent:** Wednesday, November 18, 2020 4:17 PM
**To:** Maria Hernandez <maria@lesstovall.com>
**Cc:** Craig A. Newby <CNewby@ag.nv.gov>; Les Stovall <les@lesstovall.com>
**Subject:** Front Sight v. State of Nevada- Stipulation and Order

Ms. Hernandez:

Before submitting the stipulation and order, I have a point of clarification. The motion(s) for abstention, ECF No. 9 and ECF No. 17, are substantively the same.  We intend to respond to both in one filing.  To avoid any confusion with the court, I have specifically referenced both document numbers in the stipulation and order.  Please see the attached and if Mr. Stovall has no objection, we will submit as previously authorized.  Thank you.

Regards,

Sabrena K. Clinton
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-5708

**CONFIDENTIALITY NOTICE**

This communication and any attachments are intended only for the addressee(s) and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. I do not waive any privileges or the confidentiality of its content as a result of you having received this communication in error. If you receive this communication in error, please notify me immediately and destroy this document and all attachments.