**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRONT SIGHT MANAGEMENT, LLC )<br>dba. Front Sight Firearms Training Institute, )<br>)<br>Plaintiff )<br>vs. )<br>)<br>)<br>State of Nevada )<br>)<br>Defendant, )<br>_____) | CASE NO: 2:20-CV-01921-RFB-EJY |

### STIPULATION AND ORDER TO EXTEND THE TIME TO FILE PLAINTIFF'S REPLIES TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND MOTION FOR ABSTENTION

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff FRONT SIGHT MANAGEMENT, LLC by and through its attorney LESLIE MARK STOVALL, ESQ. and defendant, STATE OF NEVADA, by and through its attorney CRAIG A. NEWBY, ESQ. that plaintiff's replies to [ECF 26] defendant's opposition to [ECF 10] plaintiff's motion to remand and [ECF 25] defendant's opposition to [ECF 9 and 17] plaintiff' s motion for abstention due on February 5, 2021 be extended to February 26, 2021.

///

CASE NO: 2:20-CV-01921-RFB-EJY
*Front Sight v. State of Nevada*
*Stipulation and Order*

DATED this 5th day of February, 2021.

STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Attorney for Plaintiff

DATED this 5th day of February, 2021.

OFFICE OF THE ATTORNEY GENERAL

/s/ Craig A. Newby

_____
CRAIG A. NEWBY, ESQ.
Nevada Bar No. 8591
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: 702-4863420
Attorney for Defendant

## ORDER

**IT IS HEREBY ORDERED** That plaintiff's replies to [ECF 26] defendant's opposition to [EFC 10] plaintiff's motion to remand and [ECF 25] defendant's opposition to [ECF 9 and 17] plaintiff's motion for abstention due on February 5, 2021 be extended to February 26, 2021.

DATED this 5th day of February, 2021.

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# Maria Hernandez

| | |
|---|---|
| **From:** | Sabrena K. Clinton <SClinton@ag.nv.gov> on behalf of Sabrena K. Clinton |
| **Sent:** | Thursday, February 4, 2021 4:06 PM |
| **To:** | Maria Hernandez; Craig A. Newby |
| **Subject:** | RE: Front Sight v. State of Nevada- Stipulation and Order |
| **Attachments:** | 2021.02.04 stipulation and order_-redline.doc |
| **Flag Status:** | Flagged |

Hello Ms. Hernandez:

Please see the attached redline with a few minor corrections. Once finalized, you have our approval to affix the electronic signature.

Regards,

Sabrena K. Clinton
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-5708

**CONFIDENTIALITY NOTICE**

This communication and any attachments are intended only for the addressee(s) and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. I do not waive any privileges or the confidentiality of its content as a result of you having received this communication in error. If you receive this communication in error, please notify me immediately and destroy this document and all attachments.

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, February 4, 2021 10:53 AM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>; Craig A. Newby <CNewby@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Morning Ms. Clinton,

Enclosed please find the proposed stipulation and order for you review and signature if agreeable to you.

Thank you

*Maria Hernandez*

1