**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRONT SIGHT MANAGEMENT, LLC dba. Front Sight Firearms Training Institute,<br><br>           Plaintiff<br>vs.<br><br>State of Nevada<br><br>           Defendant, | CASE NO: 2:20-CV-01921-RFB-EJY |

## STIPULATION AND ORDER TO EXTEND THE TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND REPLY

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff FRONT SIGHT MANAGEMENT, LLC by and through its attorney LESLIE MARK STOVALL, ESQ. and defendant, STATE OF NEVADA, by and through its attorney CRAIG A. NEWBY, ESQ. that plaintiff's response to [ECF 33] defendant's motion to dismiss currently due on September 20, 2021, per the Court's August 16, 2021 minute order, be extended to September 27, 2021 and defendant will have to and including October 6, 2021 to file its reply.

/ / /

/ / /

CASE NO: 2:20-CV-01921-RFB-EJY
*Front Sight v. State of Nevada*
*Stipulation and Order*

DATED this 7th day of September, 2021.

STOVALL & ASSOCIATES

/s/ *Leslie Mark Stovall*

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Attorney for Plaintiff

DATED this 7th day of September, 2021.

OFFICE OF THE ATTORNEY GENERAL

/s/ *Craig A. Newby*

_____
CRAIG A. NEWBY, ESQ.
Nevada Bar No. 8591
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: 702-486-3420
Attorney for Defendant

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's response to [ECF 33] defendant's motion to dismiss currently due on September 20, 2021 be extended to September 27, 2021, and defendant will have to and including October 6, 2021 to file its reply.

DATED this 7th day of September, 2021.

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# Maria Hernandez

| | |
|---|---|
| **From:** | Sabrena K. Clinton <SClinton@ag.nv.gov> on behalf of Sabrena K. Clinton |
| **Sent:** | Tuesday, September 7, 2021 9:47 AM |
| **To:** | Maria Hernandez; Craig A. Newby |
| **Subject:** | RE: Front Sight v. State of Nevada- Stipulation and Order |
| **Attachments:** | 2021.09.06 tipulation and Order-revised.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Morning:

Please see attached proposed revisions to the stipulation. If you are agreeable to the revisions, then please affix an electronic signature for Mr. Newby and submit.

Sabrena K. Clinton
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-5708

**CONFIDENTIALITY NOTICE**

This communication and any attachments are intended only for the addressee(s) and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. I do not waive any privileges or the confidentiality of its content as a result of you having received this communication in error. If you receive this communication in error, please notify me immediately and destroy this document and all attachments.

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Monday, September 6, 2021 10:56 AM
**To:** Craig A. Newby <CNewby@ag.nv.gov>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Morning,

Enclose please find the stipulation and order for your review and signature if agreeable to you.

Thank you

*Maria Hernandez*

1



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

---

**From:** Craig A. Newby <CNewby@ag.nv.gov>
**Sent:** Thursday, September 2, 2021 11:32 AM
**To:** Maria Hernandez <maria@lesstovall.com>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Provided that the scheduled reply deadline is also extended seven days (from September 29 until October 6), that is fine.

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, September 2, 2021 11:06 AM
**To:** Craig A. Newby <CNewby@ag.nv.gov>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Hi Mr. Newby,

Mr. Stovall would like to know if you are willing to sign a stipulation for additional time until September 27, 2021. Please advise.

Thank you

*Maria Hernandez*



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107

P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

---

**From:** Craig A. Newby <CNewby@ag.nv.gov>
**Sent:** Thursday, September 2, 2021 10:54 AM
**To:** Maria Hernandez <maria@lesstovall.com>; Sabrena K. Clinton <SClinton@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Hello Ms. Hernandez:

The court ordered a response be due September 20th at the hearing last month, at Mr. Stovall's request.  The automatically generated deadline of September 13 is not applicable to the opposition per this order.

Thank you,

Craig

Craig Newby
Deputy Solicitor General
Nevada Office of the Attorney General

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, September 2, 2021 10:48 AM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>; Craig A. Newby <CNewby@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Morning Ms. Clinton,

Our office is in receipt of your motion to dismiss filed on 8/30/2021. Mr. Stovall would like to know if you are willing to sign a stipulation to extend the time for plaintiff to file its opposition currently due on September 13, 2021 to be extended to September 27, 2021 due to Mr. Stovall's back log since his return(9/1/2021) from out of the country. Please advise.

Thank you

*Maria Hernandez*



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**

3