**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034
(702) 258-0093 Facsimile
Eservice: court@lesstovall.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRONT SIGHT MANAGEMENT, LLC )
dba. Front Sight Firearms Training Institute, )
                     Plaintiff     )     CASE NO: 2:20-CV-01921-RFB-EJY
vs. )
                             )
State of Nevada )
                   Defendant, )

<u>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE  PLAINTIFF'S**</u>

<u>**RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND REPLY**</u>

<u>**(Second Request)**</u>

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff FRONT SIGHT MANAGEMENT, LLC by and through its attorney LESLIE MARK STOVALL, ESQ. and defendant, STATE OF NEVADA, by and through its attorney CRAIG A. NEWBY, ESQ. that plaintiff's response to [ECF 33] defendant's motion to dismiss currently due on September 27, 2021, be extended to October 11, 2021 and defendant will have to and including October 20, 2021 to file its reply due to Mr. Stovall's back log since his return (9/1/2021) from out of the

1  country and the preparation for the up coming trial in the District Court Clark County, Nevada

2  Case No.: A-18-786457-C, Ware v. Hardy.

3  DATED this 23rd day of September, 2021.          DATED this 23rd day of September, 2021.

4
5  STOVALL & ASSOCIATES                              OFFICE OF THE ATTORNEY GENERAL

6  /s/ Leslie Mark Stovall                           /s/ Sabrena K. Clinton

7  LESLIE MARK STOVALL, ESQ.                         CRAIG A. NEWBY, ESQ.
   Nevada Bar No. 2566                               Nevada Bar No. 8591
8  2301 Palomino Lane                                555 E. Washington Ave., Ste. 3900
9  Las Vegas, NV 89107                               Las Vegas, Nevada 89101
   Telephone: (702) 258-3034                         Telephone: 702-486-3420
10 Attorney for Plaintiff                            Attorney for Defendant

11

12                                  **ORDER**

13         **IT IS HEREBY ORDERED** that plaintiff's response to [ECF 33] defendant's motion to

14 dismiss currently due on September 27, 2021 be extended to October 11, 2021, and defendant

15
   will have to and including October 20, 2021 to file its reply.
16
17         DATED this 24th day of September, 2021.

18

19                                          _____
20                                          THE HONORABLE RICHARD F. BOULWARE, II
                                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

## Maria Hernandez

| | |
|---|---|
| **From:** | Sabrena K. Clinton <SClinton@ag.nv.gov> on behalf of Sabrena K. Clinton |
| **Sent:** | Thursday, September 23, 2021 2:52 PM |
| **To:** | Maria Hernandez; Craig A. Newby |
| **Subject:** | RE: Front Sight v. State of Nevada- Stipulation and Order |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please affix Mr. Newby's electronic signature for submission.


Sabrena K. Clinton
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-5708

**CONFIDENTIALITY NOTICE**

This communication and any attachments are intended only for the addressee(s) and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. I do not waive any privileges or the confidentiality of its content as a result of you having received this communication in error. If you receive this communication in error, please notify me immediately and destroy this document and all attachments.


**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, September 23, 2021 2:12 PM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>; Craig A. Newby <CNewby@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Afternoon,

Enclosed please find the stipulation and order for your review and signature if agreeable to you.

Thank you so much






maria@lesstovall.com

1

<u>www.lesstovall.com</u>
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Sabrena K. Clinton <SClinton@ag.nv.gov>
**Sent:** Thursday, September 23, 2021 1:43 PM
**To:** Maria Hernandez <maria@lesstovall.com>; Craig A. Newby <CNewby@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Hello:

Please forward a proposed stipulation and order.

Regards,

Sabrena K. Clinton
Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-5708

**CONFIDENTIALITY NOTICE**

This communication and any attachments are intended only for the addressee(s) and may contain information that is privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.  I do not waive any privileges or the confidentiality of its content as a result of you having received this communication  in error.  If you receive this communication in error, please notify me immediately and destroy this document and all attachments.

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Thursday, September 23, 2021 12:40 PM
**To:** Sabrena K. Clinton <SClinton@ag.nv.gov>; Craig A. Newby <CNewby@ag.nv.gov>
**Subject:** RE: Front Sight v. State of Nevada- Stipulation and Order

Good Afternoon,

Mr. Stovall would like to know if you are willing to sign a stipulation to extend the time for plaintiff to file its opposition currently due on September 27, 2021 to be extended to October 11, 2021 due to Mr. Stovall's back log since his return(9/1/2021) from out of the country and the preparation of the up coming trial in the case Ware v. Hardy Please advise.

Thank you